**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

UNITED STATES OF AMERICA     :

     Plaintiff,               :

     v.                   :

OBIALUNAMMA AGUBUZU     :

     Defendant.           :

_____:

Crim. No. 10-00080-01(DRD)

**O R D E R**

Petitioner, Obialunamma Agubuzu, having been sentenced on October 8, 2009 by the Honorable Carl J. Barbier, U.S. District Judge in the Eastern District of Louisiana to 5 years Probation following a conviction of embezzlement; and Petitioner having also been ordered to pay restitution in the amount of $35,572; and this Court having accepted jurisdiction of the case on February 5, 2010; and Petitioner having moved pursuant to 18 U.S.C. § 3564(c) for early termination of probation and termination of the period of supervised release;

And it appearing to the Court that:

1. The offense of which Defendant was found guilty was non-violent and resulted in a loss subject to restitution of $35,572;

2. No further services of a term of probation is required to deter Petitioner or to deter general criminal conduct or to reflect the seriousness of the offense or to provide just punishment for the offense;

3. No further service of a term of probation is required to provide Petitioner with needed educational or vocational training, medical care or correctional treatment in the most effective manner;

4. Petitioner commenced her term of probation and of supervised release on October 8, 2009 and her term of supervision is scheduled to expire on October 7, 2014.

5. Petitioner is in compliance with all conditions of supervision and paid her restitution in full on May 21, 2012.

6. Petitioner suffers from Invasive Ductal Cell Carcinoma and is required to undergo extensive continuing treatment; she is dependent upon the aid of several non-profit organizations for support and maintenance while at the same time she continues to work to earn a portion of the funds she needs.

7. Termination of probation and supervised release will assist Petitioner find and retain employment and will be in the public interest.

It is, therefore, this 14ᵗʰ day of September, 2012; **ORDERED** that the Probation and Supervised Release imposed upon Petitioner on October 8, 2009, are terminated effective immediately.

DICKINSON R. DEBEVOISE
U.S.S.D.J.